FILED: May 12, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1431
(4:16-cv-00033-JLK-RSB)

_____

DEBRA BASS

       Plaintiff - Appellant

v.

WAL-MART STORES, INC.

       Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 05/30/2017

Opening brief due: 05/30/2017

Response brief due: 06/29/2017

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk